1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FREWEYNI WELDEAREGAY,                    No.  1:23-cv-01703-NODJ-BAM (SS)

12                  Plaintiff,                ORDER REMANDING THE MATTER
                                             PURSUANT TO SENTENCE FOUR OF 42
13          v.                               U.S.C. § 405(g) AND DIRECTING ENTRY
                                             OF JUDGMENT IN FAVOR OF PLAINTIFF
14   MARTIN O'MALLEY, Commissioner of
     Social Security,                        (ECF No. 11)
15
                    Defendant.
16

17

18          On February 6, 2024, Plaintiff Freweyni Weldearegay and Defendant Commissioner of

19   Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant

20   to sentence four of 42 U.S.C. § 405(g).  (ECF No. 11.)  They agree that, on remand, "the Appeals

21   Council will remand the case to an administrative law judge (ALJ) for a new decision."  (*Id.* at 1.)

22   The parties further stipulate that judgment shall be entered in favor of Plaintiff and against

23   Defendant, reversing the final decision of the Commissioner.  (*Id.*)

24          Accordingly,

25          1.     The stipulation of the parties, (ECF No. 11), is granted;

26          2.     The matter is remanded for further administrative proceedings under sentence four

27                 of 42 U.S.C. § 405(g); and

28   /////

                                                  1

3.     The Clerk of Court is directed to enter judgment in favor of Plaintiff Freweyni Weldearegay and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

DATED:  February 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2